# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # ____**5**____

U.S.C.A. # _____

U.S.D.C. # **08·cv·6067**

JUDGE: **KMW**

DATE: _____AUGUST 22, 2008_____

-------------------------------------------------

*DiModica*

-v-

*Killian*

-------------------------------------------------

U.S. DISTRICT COURT
FILED
AUG 22 2008
S.D. OF N.Y.

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____**THOMAS R. PISARCZYK**_____
FIRM: _____U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK_____
ADDRESS: _____500 PEARL STREET, ROOM 370_____
_____NEW YORK, NEW YORK 10007_____
PHONE NO.: _____(212) 805 - 0636_____

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------------------------

DOCUMENT DESCRIPTION                                                                    DOC. #

_____CLERK'S CERTIFICATE_____    _____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS ·_____    _____

*Balance of file in USCA on Transfer Order.*

( **√** ) Original Record                                      (_____) Supplemental Record

**The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of August, 2008.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

*DiModica*

-v-

*Killian*

--------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # _08-cv-6067_____

JUDGE: _____KMW_____

DATE: ____AUGUST 22, 2008_

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                               Document Description

_Balance of file already in USCA_

_on Transfer Order._

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE, RELATED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-06067-KMW**
**Internal Use Only**

DiModica v. Killian
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/02/2008
Date Terminated: 08/11/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Vincent DiModica.(laq) (Entered: 07/24/2008) |
| 07/02/2008 | 2 | MEMORANDUM OF LAW in Support re: 1 Petition for Writ of Habeas Corpus. Document filed by Vincent DiModica. (laq) (Entered: 07/24/2008) |
| 07/02/2008 | | Magistrate Judge Henry B. Pitman is so designated. (laq) (Entered: 07/24/2008) |
| 07/02/2008 | 3 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Third Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via FEDEX # 8655 7112 4587. (Signed by Judge Kimba M. Wood on 7/2/08) (laq) (Entered: 08/21/2008) |
| 07/30/2008 | 4 | NOTICE OF APPEAL from 3 Transfer Order U.S.C.A. Document filed by Vincent DiModica. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 08/22/2008) |
| 07/30/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Vincent DiModica. $455.00 APPEAL FEE DUE. COA DENIED 7/2/08. (tp) (Entered: 08/22/2008) |
| 08/21/2008 | | This case was originally transferred to the United States Court of Appeals- 2nd circuit in error - resent to the United States Court of Appeals for the 3rd Circuit. (laq) (Entered: 08/21/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |